UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK GOODMAN,            CASE NO. 9:16-CV-81742-DMM

    Plaintiff(s),

vs.

SECURITY MUTUAL INSURANCE
COMPANY OF NEW YORK,

    Defendant(s).    /

**PROPOSED ORDER PLAINTIFF'S MOTION IN LIMINE REGARDING DEFENDANT'S EXPERT, DR. BRADLEY CASH**

THIS CAUSE came before the Court on Plaintiff Mark Goodman's Motion In Limine Regarding Defendant's Expert, Dr. Bradley Cash. The Court, upon being duly advised in the premises, hereby

**ORDERS** and **ADJUDGES** that Plaintiff's aforesaid Motion is **GRANTED.**

**DONE and ORDERED** in chambers, at West Palm Beach, Florida, this _____day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

All Counsel of Record

1